1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOHNSON, RAUL MARTINEZ, TERRANCE LOVETT, ROBERT PARSONS and JAVIER CUEVAS MAGANA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ESTENSON LOGISTICS, LLC, a Delaware limited liability company; HUB GROUP TRUCKING, INC., a Delaware corporation; HUB GROUP, INC., DOING BUSINESS IN CALIFORNIA AS CALIFORNIA HUB GROUP; and DOES 1 through 100, Inclusive,<br><br>Defendants. | No. 5:20-cv-00118-JAK (SPx)<br><br>**ORDER RE JOINT STATUS REPORT (DKT. 103)**<br><br>**JS-6: Case Stayed** |

Based on a review of the parties' Joint Status Report (Dkt. 103, the "Report"), sufficient good cause has been shown for the requested relief. Therefore, the relief requested in the Report is **GRANTED**. The status conference previously scheduled for May 27, 2023 is **CONTINUED** to July 10, 2023, at 8:30 a.m., with the specific time for the hearing to be set when the final calendar issues for that date. All proceedings in this action are **STAYED** until June 5, 2023. Any party may file an application to lift the stay prior to that time. The parties shall file a joint status report regarding the procedural status of the settlement on or before June 26, 2023, in which they also state that a request for dismissal has been filed in this action, or the date by which they expect to do so. Based on a review of that report, a determination will be made whether to proceed with the July 10, 2023 hearing, continue it, or take it off calendar.

**IT IS SO ORDERED**

Dated: March 23, 2023

_____
John A. Kronstadt
United States District Judge